**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

PECO ENERGY COMPANY,

            Respondent

        v.

DANIEL P. VERMEYCHUK AND DORIS
E. VERMEYCHUK,

            Petitioners

: No. 892 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.